# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br><br>JESSE RAY BLACKMAN,<br><br>Defendant. | CR-23-28-GF-BMM<br><br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on December 29, 2025. (Doc. 57.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a final revocation hearing on December 22, 2025 (Doc. 56.) The United States accused Jesse Ray Blackman (Blackman) of violating

the conditions of his supervised by: (1) consuming alcohol on August 29, 2025; (2)

associating with a known felon on August 29, 2025 without the consent of his

probation officer; and (3) committing another federal, state or local crime by being

charged on August 29, 2025 by the Chippewa Cree Police Department with the

offenses of Negligent Homicide, Driving Under the Influence of Alcohol, Reckless

Driving and two counts of Negligently Endangering another Person.  (Doc. 43.)

At the revocation hearing, Blackman admitted that he had violated the

conditions of supervised release as set forth in allegation 2 of the Petition.  The

Government moved to dismiss allegations 1 and 3, which Judge Johnston granted.

Judge Johnston recommended a sentence of custody of time served with 20

months of supervised release to follow. (Doc. 57.) The Court advised Jacobson of

his right to appeal and to allocute before the undersigned, he waived those rights..

(Doc. 56.)

The violation Blackman admitted prove serious and warrants revocation of

Blackman's supervised release. The Court finds no clear error in Judge Johnston's

Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and

Recommendations (Doc. 57) are **ADOPTED IN FULL.  IT IS FURTHER**

**ORDERED** that Jesse Ray Blackman be sentenced for a term of custody of time

served with 20 months supervised release to follow.

DATED this 6th day of January 2026.


Brian Morris, Chief District Judge
United States District Courts