**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JESSE RAY BLACKMAN,

Defendant.

CR-23-28-GF-BMM

**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS**

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on November 17, 2026. (Doc. 75.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted an initial appearance on November 16, 2026. (Doc. 40.) The United States accused Jesse Ray Blackman (Blackman) of violating the conditions of his supervised release by: (1) failing to comply with substance

abuse testing requirements on August 4, 2026, and on October 13, 2026; (2) failing to advise his probation officer of a change in his employment within 10 days of his termination from employment on October 10,2026; (3) using methamphetamine on October 13, 2026; and (4) failing to answer truthfully questions by his probation officer on October 14, 2026, regarding his use of methamphetamine. (Doc. 63.)

At the revocation hearing Blackman admitted that he had violated conditions 1- 4 of the terms and conditions of his supervised release as set forth in the Petition. (Doc. 73.) Judge Johnston recommended that Blackman be sentenced to a term of custody of 3 months on Count 6 and 3 months on Count 7, with the terms to run concurrently and with no supervised release to follow. (Doc. 75.) Judge Johnston advised Blackman of his right to appeal and allocute before the undersigned. Blackman waived those rights. (Doc. 73.)

The violations Blackman admitted prove serious and warrants revocation of his supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 75) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Jesse Ray Blackman be sentenced to custody of custody of 3 months on Count 6 and 3 months on Count 7, with the terms to run concurrently, with no supervised release to follow.

DATED this 17th day of November 2026.

Brian Morris, Chief District Judge
United States District Courts